IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BP ASHLAND, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRED'S STORES OF TENNESSEE, INC., )<br>)<br>Defendant. ) | No. 3:09-327<br>JUDGE HAYNES |

## ORDER

Upon the parties' stipulation of dismissal (Docket Entry No. 30) and pursuant to Rule 41(a)(1)(ii), this action is hereby **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 13th day of January, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge